IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,<br><br>    Plaintiff,<br><br>  v.<br><br>ALICE OLABISE OSINDELE and EMMANUEL I. O. OSINDELE,<br><br>    Defendants.<br>_____/ | No. C 09-03416 JSW<br><br>**ORDER REMANDING ACTION** |

The Court has received Defendants' response to the Court's Order to Show Cause why this action should not be remanded to state court for lack of subject matter jurisdiction. Although Defendants' response is difficult to comprehend, Defendants appear to argue that this Court has jurisdiction over this action based on its connection to another federal case and/or counter-claims that Defendants have or intend to assert in this case. Even if this case is related to another case in federal court, Defendants must demonstrate federal jurisdiction over *this* case. Moreover, "[a] case "arises under" federal law only if the federal question appears on the face of the plaintiff's well-pleaded complaint." *Takeda v. Northwestern Nat'l Life Ins. Co.*, 765 F.2d 815, 821 (9th Cir. 1985) (citing *Franchise Tax Bd. v. Construction Laborers Vacation Trust*, 463 U.S. 1, 9-12 (1983). The Ninth Circuit has made clear that "[r]emovability cannot be created by defendant pleading a counter-claim presenting a federal question." *Takeda*, 765 F.2d at 822 (quoting *Roth Packing Co. v. Becker*, 530 F.2d 1295, 1303 (9th Cir. 1975)). Therefore, the Court finds that Defendants have failed to demonstrate that this Court has jurisdiction over

1  this matter.  Accordingly, the Court HEREBY REMANDS this action to the Los Angeles

2  Superior Court.  All further proceedings in this matter will be heard in State Court.

3  **IT IS SO ORDERED.**

5  Dated:  October 30, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF NEW MELLON TRUST CO., | Case Number: CV09-03416 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ALICE O. OSINDELE et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alice Osindele
Kingsway Tecnologies, LLC
2111 University Avenue, Suite C
East Palo Alto, CA 94303

Emmanuel I.O. Osindele
Kingsway Technologies, LLC
2111 University Avenue, Suite #C
East Palo Alto, CA 94303

Dated: October 30, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk